# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2006

130950 & (16)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ROBERT ARNOLD HIRSCHI,
     Defendant-Appellant.

SC: 130950
COA: 267703
Eaton CC: 05-020202-FC

_____/

     On order of the Court, the application for leave to appeal the February 24, 2006 order of the Court of Appeals is considered and, it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is also considered, and it is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2006

_____
Clerk

t0712